

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CIVIL ACTION NO.
: 08-2257
v. :
: CRIMINAL ACTION NO.
JUDITH CAMPELLONE : 06-309-1

**ORDER**

BERLE M. SCHILLER, J.,

AND NOW, this 12 day of Nov, 2008, upon careful and independent consideration of the Motion to Vacate, Set Aside, or Correct a Federal Sentence, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and the objection thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Motion for § 2255 Relief is DISMISSED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.

(c: MAILED
J. CAMPELLONE)

*FILED NOV 12 2008  MICHAEL E. KUNZ, Clerk  By _____ Dep. Clerk*